## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CITIZENS IN CHARGE, MICHAEL GROENE, and DONALD SLUTI,** | ) ) ) | |
| **Plaintiffs,** | ) ) | **4:09CV3255** |
| **vs.** | ) ) | **ORDER FOR** |
| **JOHN A. GALE, in his capacity as Secretary of State of the State of Nebraska,** | ) ) ) ) ) | **PROGRESSION OF CASE** |
| **Defendant.** | ) | |

This matter is before the court on the parties' Rule 26(f) planning report (Filing No. 22).  The parties report they are prepared to agree on a joint stipulation of facts and related exhibits which would constitute the trial of this matter on the merits.

Accordingly, the parties shall file their stipulation of facts and related exhibits with the Clerk of Court **on or before August 16, 2010**.  This stipulation will constitute the entire factual record and constitute the trial of this matter on the merits.  Accordingly, the stipulation should be prepared with the appropriate burdens of proof in mind.

A telephone conference with the undersigned magistrate judge will be held **on August 19, 2010 at 10:00 a.m.** for the purpose of scheduling the case to conclusion by establishing briefing dates and any oral argument.  Counsel for plaintiff shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 21st day of May, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge