IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CITIZENS IN CHARGE, MIKE GROENE, and DONALD SLUTI, | ) ) ) | 4:09CV3255 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | ORDER |
| JOHN A. GALE, in his official capacity as Secretary of State of the State of Nebraska, | ) ) ) ) ) | |
| Defendant. | ) ) | |

IT IS ORDERED that an evidentiary hearing on Plaintiffs' Motion for Preliminary Injunction (Filing No. 26) and Motion to Intervene (Filing No. 24) is rescheduled before the undersigned on **June 28, 2010, at 3:00 p.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 25th day of June, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge