# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CITIZENS IN CHARGE, MICHAEL GROENE, and DONALD SLUTI, ) ) ) | |
| Plaintiffs, ) ) | 4:09CV3255 |
| vs. ) ) | AMENDED ORDER FOR |
| JOHN A. GALE, in his capacity as Secretary of State of the State of Nebraska, ) ) ) ) | FINAL PROGRESSION OF CASE |
| Defendant. ) | |

This matter is before the court on the parties' Stipulation to Modify Order for Final Progression of Case ([Filing No. 78](#)). The parties seek an extension of certain progression order deadlines. For good cause shown, the parties' stipulation will be adopted as follows.

1. The parties shall have until **January 28, 2011**, to supplement any designation of stipulations, affidavits, or depositions, on which they will rely at trial.

2. The plaintiffs and plaintiffs-intervenors shall have to **on or before March 4, 2011**, in which to file their written final argument.

3. The defendant shall have to **on or before April 1, 2011**, in which to file his written final argument.

4. The plaintiffs and plaintiffs-intervenors shall have to **on or before April 14, 2011**, in which to file any written rebuttal argument. Thereafter the case will be deemed submitted upon the facts as set forth by the parties in their designations, stipulations, affidavits, discovery responses, and depositions, unless otherwise ordered by the court.

**IT IS SO ORDERED.**

DATED this 20th day of January, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge