IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CITIZENS IN CHARGE, MIKE GROENE, and DONALD SLUTI, | ) ) ) |
| Plaintiffs, | )  4:09CV3255 |
| | ) |
| LIBERTARIAN PARTY OF NEBRASKA and LIBERTARIAN NATIONAL COMMITTEE, | ) ) ) ) |
| Plaintiff-Intervenors, | )  JUDGMENT |
| v. | ) ) |
| JOHN A. GALE, in his official capacity as Secretary of State of the State of Nebraska, | ) ) ) ) |
| Defendant. | ) ) |

Pursuant to the Memorandum and Order entered on this date,

1. The provision of Neb. Rev. Stat. § 32-629(2) is declared unconstitutional. The State of Nebraska is enjoined from enforcing Neb. Rev. Stat. § 32-629(2).

2. The red letter and type size set forth in Neb. Rev. Stat. § 32-628(4) are held constitutional and will not be enjoined.

3. Judgment is hereby entered in favor of the defendant as set forth in the Memorandum and Order.

DATED this 30th day of August, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.