IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CITIZENS IN CHARGE, MICHAEL GROENE, and DONALD SLUTI, | Case No.: 4:09-cv-03255-JFB-TDT |
| Plaintiffs, | |
| LIBERTARIAN PARTY OF NEBRASKA and LIBERTARIAN NATIONAL COMMITTEE, | |
| Plaintiff-Intervenors, | **ORDER** |
| v. | |
| JOHN A. GALE, in his official capacity as Secretary of State of the State of Nebraska, | |
| Defendant. | |

On September 8, 2011, Plaintiffs and Plaintiff-Intervenors filed an unopposed motion for a minor amendment to this Court's Memorandum and Order dated August 30, 2011.  For the reasons set forth in that motion (Filing No. 113), the motion is hereby **GRANTED.**

The Memorandum and Order dated August 30, 2011 will be amended on page 4 as follows:

> In 2010 the Libertarian Party implemented a ~~local~~ petition drive for **one of its candidates** ~~the recall of the Omaha mayor~~.  The intervenors contend they were forced to pay one of the KENO companies extra money to assist with this drive.  AGT, the KENO petition circulation company, initially **intended to** decline~~d~~ to help, but later agreed to do so.  This company is geared towards gaming and KENO issues, and not towards initiatives of this type.  **In 2010, AGT refused to carry out any petitioning work for the recall of the Omaha mayor.**

**IT IS SO ORDERED.**

Dated this 5th day of October, 2011.

                  BY THE COURT:

                  *s/ Joseph F. Bataillon*
                  Chief United States District Judge