IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CITIZENS IN CHARGE, MICHAEL GROENE, and DONALD SLUTI, | Case No.: 4:09-cv-03255-JFB-TDT |
| Plaintiffs, | |
| LIBERTARIAN PARTY OF NEBRASKA and LIBERTARIAN NATIONAL COMMITTEE, | STIPULATION |
| Plaintiff-Intervenors, | |
| v. | |
| JOHN A. GALE, in his official capacity as Secretary of State of the State of Nebraska, | |
| Defendant. | |

The above-named Plaintiffs, Plaintiff-Intervenors, and Defendant, through their undersigned counsel, hereby agree and stipulate as follows:

On August 30, 2011, the U.S. District Court for the District of Nebraska (hereafter "the Court") issued a Memorandum and Order (Filing No. 111) (hereafter "Order") and a Judgment (Filing No. 112) in favor of Plaintiffs and Plaintiff-Intervenors (jointly, "Plaintiffs") and against the Defendant on the Plaintiffs' claim that Neb. Rev. Stat. § 32-629(2) violates the First and Fourteenth Amendments of the U.S. Constitution. The Court simultaneously entered a permanent injunction against the enforcement of the statute.

In its Order, the Court directed Plaintiffs, as prevailing parties, to file a motion detailing attorneys fees and costs. On September 20, 2011, Plaintiffs filed a Motion for Attorneys' Fees and Expenses (Filing No. 114), and thirteen declarations and a brief in support of thereof (Filing No. 114, Attach. 1 to 13; Filing No. 115). Plaintiffs sought $278,961.25 in attorneys' fees for the

merits litigation, $7113.80 for expenses for the merits litigation, and $16,918.25 for fees for the attorneys' fees application—a total of $302,993.30.

Counsel for the Parties thereafter met to discuss a compromise and settlement of the fee amount. An agreement was subsequently reached between the Parties, which is hereby set forth and stipulated to as follows:

1. An award of attorneys fees and costs shall be made jointly to the Plaintiffs in the amount of $275,000.

2. Plaintiffs agree that the above referenced award shall constitute the full and final satisfaction of any and all claims for attorney fees and costs related to this matter and incurred by Plaintiffs as of the date of this Stipulation.

3. Plaintiffs agree to waive any claim for fees or costs associated with this matter incurred as of the date of this Stipulation beyond the award contemplated herein.

4. Plaintiffs agree to waive all pre- and post-judgment interest that may be recoverable as a result of the judgment in favor of the Plaintiffs, provided the above agreed fees and costs are paid on or before May 15, 2012.

5. Defendant agrees to use his best efforts to ensure the agreed attorney fees and costs are approved by the Claims Board and the Nebraska Legislature, and are paid to the Plaintiffs on or before May 15, 2012.

6. Plaintiffs expressly reserve the right to litigate attorney fees and costs in this case, in the event that the agreed attorney fees and costs are not paid to the Plaintiffs on or before May 15, 2012.

7. Payment of the attorney fees and costs shall be made payable to the American Civil Liberties Union ("ACLU") Foundation, Inc. for distribution as agreed to by the ACLU Foundation and the ACLU of Nebraska Foundation.

By: s/Elora Mukherjee
Elora Mukherjee
American Civil Liberties Union Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
212.549.2664
emukherjee@aclu.org

Laughlin McDonald
American Civil Liberties Union Foundation, Inc.
230 Peachtree Street, NW
Suite 1440
Atlanta, GA 30303
404.523.2721
lmcdonald@alcu.org

Amy A. Miller, NSBA #21050
ACLU Nebraska Foundation
941 O Street #706
Lincoln, NE 68508
402.476.8091
amiller@aclunebraska.org

*Attorneys for Plaintiffs and Plaintiff-Intervenors*

By: JON BRUNING, #20351
Attorney General

By: s/Dale A. Comer
Dale A. Comer, #15365
L. Jay Bartel, #17247
Assistant Attorneys General
2115 State Capitol
Lincoln NE 68509-8920
Tel: (402) 471-2682
dale.comer@nebraska.gov
jay.bartel@nebraska.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 17, 2011, I electronically filed the foregoing Stipulation with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Elora Mukherjee
American Civil Liberties Union Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
emukherjee@aclu.org

Laughlin McDonald
American Civil Liberties Union Foundation, Inc.
230 Peachtree Street, NW, Suite 1440
Atlanta, GA 30303
lmcdonald@aclu.org

Amy A. Miller
ACLU Nebraska Foundation
941 O Street #706
Lincoln, NE 68508
amiller@aclunebraska.org

                                                s/Dale A. Comer
                                                Dale A. Comer
                                                Assistant Attorney General

07-547-30