IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CITIZENS IN CHARGE, MICHAEL GROENE, and DONALD SLUTI, | Case No.: 4:09-cv-03255-JFB-TDT |
| Plaintiffs, | |
| LIBERTARIAN PARTY OF NEBRASKA and LIBERTARIAN NATIONAL COMMITTEE, | **ORDER** |
| Plaintiff-Intervenors, | |
| v. | |
| JOHN A. GALE, in his official capacity as Secretary of State of the State of Nebraska, | |
| Defendant. | |

Upon consideration of the Stipulation filed by the parties to the above-captioned case,

IT IS ORDERED:

1. The Stipulation (Filing No. 121) is approved;
2. The Defendant shall pay to the Plaintiffs and Plaintiff-Intervenors as the prevailing parties an award of attorneys fees and costs in the amount of $275,000;
3. The Court agrees to retain jurisdiction over this matter for the sole purpose of reconsidering the award of attorney fees and costs, upon application by the Plaintiffs and Plaintiff-Intervenors, in the event that the Defendant fails to award $275,000 in attorney fees and costs on or before May 15 2012, as set forth in the Stipulation.

Dated this 18th day of October, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge