# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CITIZENS IN CHARGE, MICHAEL GROENE, and DONALD SLUTI, | Case No.: 4:09-cv-03255-JFB-TDT |
| Plaintiffs, | |
| LIBERTARIAN PARTY OF NEBRASKA and LIBERTARIAN NATIONAL COMMITTEE, | |
| Plaintiff-Intervenors, | |
| v. | |
| JOHN A. GALE, in his official capacity as Secretary of State of the State of Nebraska, | |
| Defendant. | |

## ORDER OF DISMISSAL

The Court approves the Stipulation dated April 24, 2012, in which the parties request dismissal of the case on the ground that all the terms and conditions set forth in the parties' Stipulation dated October 17, 2011, have been satisfied. This case is hereby dismissed.

Dated: May 1, 2012

BY THE COURT:

*s/ Joseph F. Bataillon*
U.S. District Court Judge